# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMED DANESHMAND POURLASHGAR,<br><br>Petitioner,<br><br>v.<br><br>SHASTA COUNTY SUPERIOR COURT,<br><br>Respondent. | Case No. 2:22-cv-00430-TLN-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 8 |

Petitioner has filed a motion for an extension of time to file objections to the May 11, 2022 findings and recommendations. ECF No. 8.  Good cause appearing, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 8, is granted.

2. Petitioner is granted until July 8, 2022, to file objections to the pending findings and recommendations.

IT IS SO ORDERED.

Dated:   June 15, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28