UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMED DANESHMAND POURLASHGARI,<br><br>Petitioner,<br><br>v.<br><br>SHASTA COUNTY SUPERIOR COURT,<br><br>Respondent. | No. 2:22-cv-00430-TLN-JDP<br><br>**ORDER** |

Petitioner, a state prisoner proceeding *pro se*, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 11, 2022, the magistrate judge filed findings and recommendations herein which were served on Petitioner and which contained notice to Petitioner that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 7.) Petitioner has filed objections to the findings and recommendations. (ECF No. 10.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed May 11, 2022 (ECF No. 7) are ADOPTED in full;

2. The Petition (ECF No. 2) is DISMISSED without prejudice as unexhausted; and

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

**DATED: September 19, 2022**

_____
Troy L. Nunley
United States District Judge